# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, PLAINTIFF v. Patrick CAU aka Patrick KAISER DEFENDANT(S). | CASE NUMBER: CR13-0356 REPORT COMMENCING CRIMINAL ACTION |

TO: CLERK'S OFFICE, U. S. DISTRICT COURT

All items are to be completed. Information not applicable or unknown will be indicated as "N/A".

1. Date and time of arrest: 6/10/2013 9:00 ☒ AM / ☐ PM
2. Defendant is in lock-up (in this court building) Yes ☒   No ☐
3. Charges under which defendant has been booked:
   18 USC 1038(a)(1) False Information + Hoaxes
4. Offense charged is a: ☒ Felony   ☐ Minor Offense   ☐ Petty Offense   ☐ Other Misdemeanor
5. U.S. Citizen: ☐ Yes   ☒ No   ☐ Unknown
6. Interpreter Required: ☒ No   ☐ Yes: _____ (Language)
7. Year of Birth: 1974
8. The defendant is: ☒ Presently in custody on this charge.
   ☐ Federal - In custody on another conviction.
   ☐ State - In custody awaiting trial on these charges.
9. Place of detention (if out-of-district): _____
10. Date detainer placed on defendant: _____
11. This is a reprosecution of previously dismissed charges. (Docket/Case No. _____)
12. Does the defendant have retained counsel?   ☐ No
    ☒ Yes   Name: John Duran   and Phone Number: 424-777-0007
13. Did you notify Pretrial Services?   ☒ No
    ☒ If yes, please list Officer's Name: Duty office   Time: 1030 ☒ AM / ☐ PM
14. Remarks (if any): _____

15. Date: 06/10/2013
16. Name: Susan Kato (Please Print)
17. Agency: FBI
18. Signature: [signature]
19. Office Phone Number: 310-337-9138

FILED 2013 JUN 10 AM 10:09 CLERK U.S. DISTRICT COURT CENTRAL DIST. OF CALIF LOS ANGELES BY: ___

CR-64 (06/09)   REPORT COMMENCING CRIMINAL ACTION